UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| BMF GROUP, LLC d/b/a BMF INDUSTRIES,<br><br>    Plaintiff,<br><br>v.<br><br>ENERGY VAULT, INC., et al.,<br><br>    Defendants. | No. 5:23-CV-215-H |

## ORDER

Before the Court is the parties' joint stipulation of dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Dkt. No. 54. The joint stipulation is approved. It is ordered that all claims, counterclaims, and third-party claims are dismissed with prejudice, and the Clerk of Court is directed to close this case. The parties shall each bear their own costs and attorneys' fees. The pending motion to dismiss filed by Chris Fisher is denied as moot. Dkt. No. 44.

So ordered on September 8, 2025.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE